# Exhibit A

Third-Party Lienholder
Service List

American General
c/o Sanoba Law Firm
114 E. Edgewood Dr.
Lakeland, FL  33803-4015

Bank of America
390 N. Orange Ave., Ste 900
Orlando, FL  32801-1648

Bank of America
c/o David Gamach, Esq.
1000 Camera Ave., Ste. A
St. Louis, MO  63126-1037

Capital One Auto Finance
PO Box 260848
Plano, TX 75026-0848

Capital One Auto Finance
3901 N. Dallas Pkwy
Plano, TX  75093-7864

Chrysler Financial
PO Box 9001921
Louisville, KY  40290-1921

CitiFinancial Auto
c/o Donald L. Turbyfill
4801 Woodway, Suite 420 West
Houston, TX  77056-1884

CitiFinancial Auto
4124 S. Florida Ave.
Lakeland, FL  33813-1625

CitiFinancial Auto
4000 Regent Blvd.
Irving, TX  75063-2246

CitiFinancial Auto
7958 S. Chester St., 6th Fl
Englewood, CO  80112-3426

CitiFinancial Auto
P.O. Box 183036
Columbus, OH  43218-3036

CitiFinancial Auto
PO Box 182280
Columbus, OH  43218-2280

Community First Credit Union
PO Box 427
Mulberry, FL  33860-0427

Eglin Federal Credit Union
838 Eglin Parkway NE
Fort Walton Beach, FL  32547-2781

Fifth Third Bank
c/o Alan J. Statman, Esq.
3700 Carew Tower
441 Vine St.
Cincinnati, OH  45202-2821

Ford Motor Credit
PO Box 790119
St. Louis, MO  63179-0119

GMAC, LLC
c/o Charles M. Tatelbaum, Esq.
Adorno & Yoss, LLP
350 E. Las Olas Blvd.
17th Floor
Fort Lauderdale, FL  33301-4211

GTE Federal Credit Union
c/o James Sorenson, Esq.
PO Box 4128
Tallahassee, FL  32315-4128

Honda Finance Exchange
PO Box 70252
Philadelphia, PA  19176-0252

Huntington National Bank
Payoff Department
2361 Morse Rd.
Columbus, OH  43229-5856

Huntington National Bank
c/o Robert J. Stovach
Stovach, Case & Tingley, P.A.
200 S. Orange Ave., Ste. 1220
Orlando, FL  32801-3439

HSBC Auto Finance
PO Box 60179
Attn Payoffs
City of Industry, CA  91716-0179

HSBC Auto Finance
PO Box 17911
San Diego, CA 92177-7911

JP Morgan Chase Auto Finance
PO Box 901078
Fort Worth, TX  76101-2078

JP Morgan Chase
NRLB Attn:  Chrysler Fin Payoff
6716 Grade Ln., Bldg. 9, Ste. 900
Louisville, KY  40213-3410

Mid Florida
PO Box 8008
Lakeland, FL  33802-8008

Nicholas
Carrell Corners Shopping Center
3587/89 Fowler Street
Ft. Myers, FL  33901

Nuvell Financial Services
PO Box 1762
Greeley, CO  80632-1762

Nuvell Financial Services Corp.
17500 Chenal Pkwy., Ste. 200
Little Rock, AR  7223-9041

Regions Bank
Installment Loan Payoff Dept.
PO Box 1984
Birmingham, AL  35201-1984

Regions Bank
c/o Neil Spector, Esq.
PO Box 800
Tampa, FL  33601-0800

Riverside National Bank of Florida
PO Box 400
Fort Pierce, FL  34954-0400

Riverside Bank
Payoff Department
2810 South US Hwy 1
Fort Pierce, FL  34982-6331

SST, Inc.
PO Box 801997
Kansas City, MO  64180-1997

Suncoast Schools Credit Union
6801 E. Hillsborough Ave.
Tampa, FL  33610-4197

Suncoast Schools Credit Union
PO Box 11901
Mulberry, FL  33860

SunTrust Bank
Dealer Division
PO Box 85130
Richmond, VA  23285-5130

SunTrust Bank
PO Box 305008
CLS Monetary
Nashville, TN  37230-5008

Tampa Bay Credit Union
3815 N. Nebraska Ave.
Tampa, FL  33603-5037