IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 8:09-bk-08090-KRM |
| | § | CASE NO. 8:09-bk-08092-KRM |
| MRH OF LAKELAND, INC., and | § | |
| T. THOMAS CHEVROLET, INC. | § | |
| Debtors | § | Jointly Administered Under |
| | § | CASE NO. 8:09-bk-08090-KRM |
| | § | |
| | § | CHAPTER 11 |

**CREDITOR CITIFINANCIAL AUTO'S RESPONSE IN OPPOSITION TO
DEBTORS' MOTION TO REQUIRE FURNISHERS OF INFORMATION
TO CORRECT INFORMATION FURNISHED TO CREDIT REPORTING
AGENCIES IN CONNECTION WITH THIRD PARTY LIENED INVENTORY**
Relating to Docket No. 158

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CITIFINANCIAL AUTO LTD., CITIFINANCIAL AUTO CORPORATION and CITIFINANCIAL AUTO CREDIT, INC. ("CitiFinancial Auto"), creditors and parties in interest in the Debtors' case, and would show as follows:

1. CitiFinancial Auto denies the allegations contained in paragraph 1 of the Motion to Require Furnishers of Information to Correct Information Furnished to Credit Reporting Agencies in Connection with Third Party Liened Inventory ("the Motion") that this Honorable Court has jurisdiction under 28 U.S.C. §§157 and 1334; denies that the subject matter of the Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and denies that venue is proper in this district pursuant to 28 U.S.C. §1408.

2. CitiFinancial Auto denies the allegation contained in paragraph 2 of the Motion and states that there is no statutory predicate in the United States Bankruptcy Code for the relief requested in the Motion.

3. CitiFinancial Auto admits the allegations of fact contained in paragraphs 3, 4, 5, 7, 8, 9, 11, 12, 14 of the Motion.

4. CitiFinancial Auto is without sufficient information to admit or deny the allegations of fact contained in paragraphs 6, 10, 13, of the Motion, and therefore denies same.

5. CitiFinancial Auto denies the allegations of fact contained in paragraphs 15, 18 of the Motion.

6. There are no factual allegations contained in paragraphs 16, 17 and 19 of the Motion upon which CitiFinancial Auto can form an admission or denial, and therefore denies same.

7. The Motion correctly states that the federal Fair Credit Reporting Act ("FCRA") requires furnishers, such as CitiFinancial Auto, to furnish correct information and to correct any reporting errors, and to investigate disputes. 15 U.S.C. §1681s-2(a); 15 U.S.C. §1681i. However, without citation to any legal authority, the Debtors seek to compel CitiFinancial Auto and other furnishers to assume the responsibility for investigation and correction without regard to the FCRA statutory scheme.

8. The FCRA imposes only five duties upon furnishers of information upon receipt of a notice pursuant to Section 1681i(a)(2) of the FCRA with regard to the completeness or accuracy of information provided. The furnisher must:

Creditor CitiFinancial Auto's Response in Opposition to
Debtors' Motion to Require Furnishers of Information to Correct Information
Furnished to Credit Reporting Agencies in Connection with Third Party Liened Inventory page 2

a. conduct an investigation with respect to the disputed information;

b. review all relevant information provided by the consumer reporting agency pursuant to Section 1681i(a)(2) of the FCRA;

c. Report the results of the investigation to the consumer reporting agency;

d. If the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to which the person furnished the information and that compile and maintain files on consumers on a nationwide basis; and

e. If an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation, for purposes of reporting to a consumer reporting agency only, as appropriate, based on the results of the reinvestigation promptly -
   1. Modify that item of information;
   2. Delete that item of information; or
   3. Permanently block the reporting of that item of information.

15 U.S.C. §1681s-2(b)(1).

9. The relief requested by the Debtors requires this Court to impose duties upon furnishers that do not exist under the FCRA, nor under the United States Bankruptcy Code.

10. It was the Debtors, not the furnishers, who harmed the consumers. It is neither fair nor a proper function of this Court to require furnishers to assume the burden of a credit cleanup program. If the relief is granted, the furnishers subject of the Court's order will be compelled "to ensure" that their instructions to the credit reporting agencies will be followed, thereby creating out of whole cloth a new duty imposed upon the furnishers.

11. Requiring certain claimants (credit reporting furnishers) to assume duties and responsibilities not embodied in the Bankruptcy Code is clearly not within the statutory definition

Creditor CitiFinancial Auto's Response in Opposition to
Debtors' Motion to Require Furnishers of Information to Correct Information
Furnished to Credit Reporting Agencies in Connection with Third Party Liened Inventory        page 3

of a core proceeding. *Duke v. TranUnion, L.L.C.*, Civil Case No. 08-520-KI, 2008 U.S. Dist. LEXIS 69960 at *5 (D. Ore. September 16, 2008)(finding no jurisdiction to consider debtors' post-confirmation FCRA complaint).

12. To the extent the Motion is a non-core proceeding, this Court must find that the outcome could conceivably have an effect on the Debtors' estate. *In re Pegasus Gold Corp.*, 394 F3d 1189, 1193 (9TH Cir. 2005). While *Pegasus Gold* involved a post-confirmation jurisdictional analysis, the Motion is devoid of any facts that would establish any nexus whatsoever to confirmation of the Debtors' plan of reorganization. Without such nexus, this Court would have no jurisdiction to consider the Motion.

WHEREFORE, PREMISES CONSIDERED, CITIFINANCIAL AUTO LTD., CITIFINANCIAL AUTO CORPORATION and CITIFINANCIAL AUTO CREDIT, INC., request this Honorable Court to deny the Motion to Require Furnishers of Information to Correct Information Furnished to Credit Reporting Agencies in Connection with Third Party Liened Inventory filed herein by Debtors T. THOMAS CHEVROLET, INC., and MRH OF LAKELAND, INC.

Respectfully submitted,

_____
DONALD L. TURBYFILL
State Bar of Texas # 20296380
ATTORNEYS FOR CREDITORS
AND PARTIES-IN-INTEREST
CITIFINANCIAL AUTO LTD.,

Creditor CitiFinancial Auto's Response in Opposition to
Debtors' Motion to Require Furnishers of Information to Correct Information
Furnished to Credit Reporting Agencies in Connection with Third Party Liened Inventory    page 4

CITIFINANCIAL AUTO CORPORATION and
CITIFINANCIAL AUTO CREDIT, INC.

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 WOODWAY, SUITE 420 - WEST
HOUSTON, TEXAS 77056-1805
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]
DTURBYFILL@DNTLAW.COM [E-MAIL]

## CERTIFICATE OF SERVICE

I hereby certify that on the 9TH day of September, 2009, I served a true and correct copy of the above and foregoing CREDITOR CITIFINANCIAL AUTO'S RESPONSE IN OPPOSITION TO DEBTORS' MOTION TO REQUIRE FURNISHERS OF INFORMATION TO CORRECT INFORMATION FURNISHED TO CREDIT REPORTING AGENCIES IN CONNECTION WITH THIRD PARTY LIENED INVENTORY to the following parties by the Court's CM/ECF electronic mail system or by regular U.S. Mail to:

Office of the United States Trustee
Local Bankruptcy Rule 1007-2 Parties in Interest
Third Party Lienors, as listed in attached Exhibit "A"

_____
DONALD L. TURBYFILL

Creditor CitiFinancial Auto's Response in Opposition to
Debtors' Motion to Require Furnishers of Information to Correct Information
Furnished to Credit Reporting Agencies in Connection with Third Party Liened Inventory       page 5

# Exhibit A

Third-Party Lienholder
Service List

American General
c/o Sanoba Law Firm
114 E. Edgewood Dr.
Lakeland, FL 33803-4015

Bank of America
390 N. Orange Ave., Ste 900
Orlando, FL 32801-1648

Bank of America
c/o David Gamach, Esq.
1000 Camera Ave., Ste. A
St. Louis, MO 63126-1037

Capital One Auto Finance
PO Box 260848
Plano, TX 75026-0848

Capital One Auto Finance
3901 N. Dallas Pkwy
Plano, TX 75093-7864

Chrysler Financial
PO Box 9001921
Louisville, KY 40290-1921

CitiFinancial Auto
c/o Donald L. Turbyfill
4801 Woodway, Suite 420 West
Houston, TX 77056-1884

CitiFinancial Auto
4124 S. Florida Ave.
Lakeland, FL 33813-1625

CitiFinancial Auto
4000 Regent Blvd.
Irving, TX 75063-2246

CitiFinancial Auto
7958 S. Chester St., 6th Fl
Englewood, CO 80112-3426

CitiFinancial Auto
P.O. Box 183036
Columbus, OH 43218-3036

CitiFinancial Auto
PO Box 182280
Columbus, OH 43218-2280

Community First Credit Union
PO Box 427
Mulberry, FL 33860-0427

Eglin Federal Credit Union
838 Eglin Parkway NE
Fort Walton Beach, FL 32547-2781

Fifth Third Bank
c/o Alan J. Statman, Esq.
3700 Carew Tower
441 Vine St.
Cincinnati, OH 45202-2821

Ford Motor Credit
PO Box 790119
St. Louis, MO 63179-0119

GMAC, LLC
c/o Charles M. Tatelbaum, Esq.
Adorno & Yoss, LLP
350 E. Las Olas Blvd.
17th Floor
Fort Lauderdale, FL 33301-4211

GTE Federal Credit Union
c/o James Sorenson, Esq.
PO Box 4128
Tallahassee, FL 32315-4128

Honda Finance Exchange
PO Box 70252
Philadelphia, PA 19176-0252

Huntington National Bank
Payoff Department
2361 Morse Rd.
Columbus, OH 43229-5856

Huntington National Bank
c/o Robert J. Stovach
Stovach, Case & Tingley, P.A.
200 S. Orange Ave., Ste. 1220
Orlando, FL 32801-3439

HSBC Auto Finance
PO Box 60179
Attn Payoffs
City of Industry, CA 91716-0179

HSBC Auto Finance
PO Box 17911
San Diego, CA 92177-7911

JP Morgan Chase Auto Finance
PO Box 901078
Fort Worth, TX 76101-2078

JP Morgan Chase
NRLB Attn: Chrysler Fin Payoff
6716 Grade Ln., Bldg. 9, Ste. 900
Louisville, KY 40213-3410

Mid Florida
PO Box 8008
Lakeland, FL 33802-8008

Nicholas
Carrell Corners Shopping Center
3587/89 Fowler Street
Ft. Myers, FL 33901

Nuvell Financial Services
PO Box 1762
Greeley, CO 80632-1762

Nuvell Financial Services Corp.
17500 Chenal Pkwy., Ste. 200
Little Rock, AR 7223-9041

Regions Bank
Installment Loan Payoff Dept.
PO Box 1984
Birmingham, AL 35201-1984

Regions Bank
c/o Neil Spector, Esq.
PO Box 800
Tampa, FL 33601-0800

Riverside National Bank of Florida
PO Box 400
Fort Pierce, FL 34954-0400

Riverside Bank
Payoff Department
2810 South US Hwy 1
Fort Pierce, FL 34982-6331

SST, Inc.
PO Box 801997
Kansas City, MO 64180-1997

Suncoast Schools Credit Union
6801 E. Hillsborough Ave.
Tampa, FL 33610-4197

Suncoast Schools Credit Union
PO Box 11901
Mulberry, FL 33860

SunTrust Bank
Dealer Division
PO Box 85130
Richmond, VA 23285-5130

SunTrust Bank
PO Box 305008
CLS Monetary
Nashville, TN 37230-5008

Tampa Bay Credit Union
3815 N. Nebraska Ave.
Tampa, FL 33603-5037

Label Matrix for local noticing
113A-8
Case 8:09-bk-08090-KRM
Middle District of Florida
Tampa
Mon Aug 10 15:46:47 EDT 2009

American Express
Establishment Services
PO Box 53773
Phoenix, AZ 85072-3773

Autobytel Inc.
PO Box 30860
Los Angeles, CA 90030-0860

Bank of America
390 N Orange Ave, Ste 900
Orlando, FL 32801-1648

CitiFinancial Auto
c/o Donald L Turbyfill
4801 Woodway Suite 420 West
Houston, TX 77056-1884

City of Lakeland, Florida
c/o Alfred A. Colby, Atty.
Mechanik Nuccio Hearne & Wester, P.A.
305 South Boulevard
Tampa, Florida 33606-2150

David Stacy of Florida, Inc.
c/o Allan C. Watkins
707 N. Franklin Street
Suite 750
Tampa, FL 33602-4423

DeLage Landen Financial Services, Inc.
c/o Robert A. Solove, Esq.
12002 SW 128th Ct., #201
Miami, FL 33186-4643

Dealix Corp.
Dept Ch 17309
Palatine, IL 60055-0001

Federated Insurance
121 East Park Square
PO Box 328
Owatonna, MN 55060-0328

Fifth Third Bank
c/o Alan J. Statman, Esq.
3700 Carew Tower
441 Vine St.
Cincinnati, OH 45202-2821

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Florida Retail Federation, Inc.
c/o John A. Anthony, Esquire
GrayRobinson, P.A.
201 N. Franklin Street, Suite 2200
Tampa, Florida 33602-5822

Florida Retail Federation, Inc.
c/o John Anthony, Esq.
P.O. Box 3324
Tampa, FL 33601-3324

Flyer, The
PO Box 339
Brea, CA 92822-0339

G & K Services, Inc.
5995 Opus Parkway
Suite 500
Hopkins, MN 55343-9078

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

GMAC Inc. formerly GMAC LLC
c/o Robert S. Hoofman
PO Box 3146
Orlando, FL 32802-3146

GMAC LLC
c/o Charles M Tatelbaum, Esq
Adorno & Yoss LLP
350 E Las Olas Blvd, Ste 1700
Ft Lauderdale, FL 33301-4217

Harte Hanks Shoppers
200 Concord Plaza Dr.
San Antonio, TX 78216-6943

Harte-Hanks Shoppers, Inc
c/o Jeffrey M Galen, Esq
16255 Ventura Blvd, Ste 900
Encino, CA 91436-2317

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JM&A Group
500 Jim Moran Blvd
Deerfield Beach, FL 33442-1723

James Graham
606 Avenue C SE
Winter Haven, FL 33880-3251

Kia Motors America, Inc
Attn: Scott A Golden, Esq
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

Kia Motors America, Inc.
c/o Bush Ross, P.A.
Attn: H. Bradley Staggs, Esq.
PO Box 3913
Tampa, FL 33601-3913

Lakeland Chevrolet, LLC
c/o Andrew M. Brumby
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Lakeland Electric
P.O. Box 32006
Lakeland, FL 33802-2006

Lisa Bush
2889 Timbercrest Place
Lakeland, FL 33810-5155

MOC Products Company, Inc.
c/o Robert Kahn
12306 Montague St.
Pacoima, CA 91331-2279

| | | |
|---|---|---|
| MRH of Lakeland, Inc.<br>T. Thomas Chevrolet, Inc.<br>(09-bk-08092-KRM)-Jointly Administered<br>1025 US Highway 98 South<br>Lakeland, FL 33801-5831 | Medallion Bank c/o SST, Inc.<br>c/o J. Ward Holliday & Assoc.<br>501 Elm Street, Suite 400<br>Dallas, TX 75202-3392 | Miami Lakes Chevrolet, LLC<br>dba Potamkin Chevrolet<br>16600 NW 57th Ave.<br>Hialeah, FL 33014-6199 |
| Michael & Lynn Gallina<br>c/o Jeffrey Sullivan<br>150 East Davidson St<br>Bartow, FL 33830-3932 | Michael Cascioli<br>2327 Shenandoah St.<br>Lakeland, FL 33812-3227 | Michael Gallina<br>415 Big Staff Ct.<br>Winter Haven, FL 33884-2962 |
| NEC Financial Services, Inc.<br>24189 Network Place<br>Chicago, IL 60673-1241 | NEC Financial Services, Inc.<br>c/o Eric Zwiebel, PA<br>8751 W. Broward Blvd., #100<br>Fort Lauderdale, FL 33324-2630 | One Command, Inc.<br>PO Box 200245<br>Pittsburgh, PA 15251-0245 |
| Patricia Lufkins<br>905 Deming Dr.<br>Winter Haven, FL 33880-1945 | Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 | Polk County Tax Collector<br>P.O. Box 1189<br>Bartow, FL 33831-1189 |
| Porter, Dennis L.<br>10709 Summit Lakes Lane<br>Clermont, FL 34711-6970 | Reynolds & Reynolds<br>23150 Network Place<br>Chicago, IL 60673-1231 | Reynolds & Reynolds Co.<br>One Reynolds Way<br>Dayton, OH 45430-1586 |
| Summit Consulting, Inc.<br>2310 Commerce Point Dr.<br>Lakeland, FL 33801-6880 | The Cobalt Group<br>2200 1st Ave S Suite 400<br>Seattle, WA 98134-1452 | The Huntington National Bank<br>c/o Rachel E Scherwin<br>SunTrust Center<br>200 S Orange Ave, Ste 1220<br>Orlando, FL 32801-3439 |
| The Huntington National Bank<br>c/o Stovash, Case & Tingley, P.A.<br>200 S. Orange Ave., Suite 1220<br>Orlando, FL 32801-3439 | Tim Robbins<br>138 Brighters Circle<br>Auburndale, FL 33823 | Wells Fargo Acceptance<br>2501 Seaport Dr., Ste BH300<br>Chester, PA 19013-1893 |
| World Omni Financial Corp.<br>190 Jim Moran Blvd.<br>Deerfield Beach, FL 33442-1702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| nternal Revenue Service<br>.O. Box 21126<br>hiladelphia, PA 19114 | (d)Internal Revenue Service<br>Spec Proc Br MC 5720 P&I I<br>400 W. Bay St., Ste 35045, Bkcy Sect<br>Jacksonville, FL 32202-4437 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lakeland Electric
PO Box 32006
Lakeland, FL 33802-2006

End of Label Matrix
Mailable recipients    51
Bypassed recipients     1
Total                  52